**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lee Comier, Jr., | ) | CV 05-00540 PHX NVW (CRP) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora B. Schriro, et al., | ) | |
| Respondents. | ) | |

Pending before the court is Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (doc. # 1) and Petitioner's Petition for Release of a Prisoner in a Habeas Corpus Proceeding (doc. # 25), the Report and Recommendation ("R&R") of Magistrate Judge Charles R. Pyle (doc. # 26), and Petitioner's Response to the R&R (doc. # 29). The R&R recommends that the court grant in part the Petition for Writ of Habeas Corpus and deny Petitioner's motion for release. (R&R at 18).

Respondent has filed no objections and therefore waived any objection to the R&R to the extent it is unfavorable to Respondent. The district judge need not review any of the magistrate judge's determinations on dispositive matters to which timely objections have not been made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection.").

1 Insofar as the magistrate judge also ruled on any non-dispositive matters, no party 2 may hereafter assign error to any defect in those rulings because no party filed a timely 3 objection within 10 days of such ruling. Fed. R. Civ. P. 72(a) ("Within 10 days after being 4 served with a copy of the magistrate judge's order, a party may serve and file objections to 5 the order; a party may not thereafter assign as error a defect in the magistrate judge's order 6 to which objection was not timely made."). The absence of a timely objection in the district 7 court precludes appellate review of the non-dispositive rulings of a magistrate judge. 8 *Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289 9 F.3d 1117, 1120-21 (9th Cir. 2002).

10 The court has considered Petitioner's objections and reviewed the Report and 11 Recommendation de novo to the extent of the specific objections made. *See* Fed. R. Civ. P. 12 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of 13 those portions of the Report and Recommendation to which specific objections are made). 14 The court agrees with the magistrate judge's determinations, accepts his recommended 15 decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's 16 objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or 17 modify, in whole or in part, the findings or recommendations made by the magistrate").

18 IT IS THEREFORE ORDERED that Report and Recommendation of Magistrate 19 Judge Pyle (doc. # 26) is accepted.

20 IT IS FURTHER ORDERED that Petitioner's Petition for Release of a Prisoner in a 21 Habeas Corpus Proceeding (doc. # 25) is denied.

22 IT IS FURTHER ORDERED that Grounds One, Three, and Four of the Petition for 23 Writ of Habeas Corpus are dismissed with prejudice.

24 IT IS FURTHER ORDERED that the relief sought in Ground Two of the Petition 25 (ineffective assistance of counsel) is denied, except that relief is granted to the extent that 26 Petitioner's conviction in the State Court and sentence of 12.5 years on Count 9 for attempted 27 murder in the second degree are vacated, without affecting the sentence on all other counts 28 of conviction of 95.25 years imprisonment.

1   IT IS FURTHER ORDERED that the clerk shall enter judgment accordingly and shall
2 terminate this action.  The clerk shall forward copies of the magistrate judge's R&R and of
3 this Order to the Clerk of the Maricopa County Superior Court and to the Hon. James H.
4 Keppel, Criminal Presiding Judge.

5   DATED this 15th day of March 2007.

_____
Neil V. Wake
United States District Judge